Case: 1:25-cv-11069 Document #: 1-1 Filed: 09/12/25 Page 1 of 46 PageID #:32

Ontiveros Cmplt Ex. A 001

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

# DRIVER'S APPLICATION FOR
# EMPLOYMENT



**PLAINTIFF'S EXHIBIT A**

| | |
|---|---|
| Applicant Name JAYME ONTIVEROS | Date of Application 9/1/2023 |
| SSN ███████ | FEIN 000000000 |



## Rocket Expediting LLC

## 2939 KENNY RD, SUITE 220,Columbus OH 43220

In compliance with Federal and State equal employment opportunities laws, qualified applicants are considered for all positions without regard to race, color, religion, sex, national origin, age, marital status, veteran status, non-job-related disability, or any other protected group status.

## TO BE READ AND SIGNED BY APPLICANT

I authorize you to make such investigations and inquires of my personal, employment, financial or medial history and other related matters as may be necessary in arriving at an employment decision. (Generally, inquiries regarding medical history will be made only if and after a conditional offer of employment has been extended.) I hereby release employers, schools, health care providers and other personal from all liability in responding to inquiries and releasing information in connection with my application.

In the event of employment, I understand that false or misleading information given in my application or interview(s) may result in discharge. I understand, also, that I am required to abide by all rules and regulations of the Company.

I understand that information I provide regarding current and/or previous employers may be used, and those employer(s) will be contacted, for the purpose of investigating my safety performance history as required by 49 CFR 391.23(d) and (e). I understand that I have the right to:

- Review information provided by previous employers,
- Have errors in the information corrected by previous employers and for those previous employers to re-send the corrected information to the prospective employer and,
- Have a rebuttal statement attached to the alleged erroneous information, if the previous employer(s) and I cannot agree on the accuracy of the information.

Signature _____ DocuSigned by: _____ ACFCF822D2E645A...     Date _____ 9/1/2023

DEMONSTRATION DOCUMENT ONLY

Ontiveros Cmplt Ex. A 002

PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

# APPLICANT TO COMPLETE

(Answer all questions – please print)

Position(s) Applied for  Driver

Last Name ONTIVEROS        First Name JAYME        Middle_____  SS █████████

List your addresses for the past 3 years:

**Current Address**

Address 101 12 18th Street, Apt 4    City State Rock Island, IL      Zip 61201      Phone 3092060939

**Previous Addresses**

Address_____City State_____Zip_____How Long?_____

Address_____City State_____Zip_____How Long?_____

Address_____City State_____Zip_____How Long?_____

Address_____City State_____Zip_____How Long?_____

Do you have the legal right to work in the United States?  ⦿ **Yes**  ○ **No**

Date of b █████████ Required for Commercial Drivers)        Can you provide proof of age? ⦿ Yes  ○ No

Have you worked for this company before?  ○ Yes  ⦿ No        Where?_____

Dates: From_____  To_____  Position_____

Reason for leaving _____

Are you now employed?  ⦿ Yes  ○ No        If not, how long since leaving last employment? _____

Who referred you? Internet_____

Have you ever been bonded?  ○ Yes  ⦿ No        Name of bonding company _____
(Answer only if a job requirement)

Have you ever been convicted of a felony?  ○ Yes  ⦿ No

If yes, please explain fully on a separate sheet of paper. Conviction of a crime is not an automatic bar to employment-all circumstances will be considered.

Is there any reason you might be unable to perform the functions of the job for which you have applied (as described in the attached job description)?  ○ Yes  ⦿ No

If yes, explain if you wish

_____

Emergency Contacts :

Name ████████████ , Phone ████████████ , Relationship : Mother

Name ████████████ , Phone ████████████ , Relationship : Friend

Rocket Expediting LLC

2939 KENNY RD, SUITE 220, Columbus OH 43220

ONTIVEROS Cmplt Ex. A 002

DocuSign Envelope ID: B9A2A62A-074C-4483-814B-D1B47FB78664

Ontiveros Cmplt Ex. A 003

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

# EMPLOYMENT HISTORY

All driver applicants to drive in interstate commerce must provide the following information on all employers during the preceding 3 years. List complete mailing address, street number, city, state and zip code.

Applicants to drive a commercial motor vehicle* in intrastate or interstate commerce shall also provide an additional 7 years information on those employers for whom the applicant operated such vehicle. (NOTE: List employers in reverse order starting with the most recent. Add another sheet as necessary.)

---

**EMPLOYER** — **DATE**

Name: Ryder
Address: 3145 5th avenue
City: East Moline  State: IL  Zip: 61244
Contact Person: Angela proctor  Phone Number: 5637263314
Where you subject to FMCRs^ while employed? ⊙ Yes ○ No
Was your job designated as a safety-sensitive function in any DOT-regulated mode subject to the drug and alcohol testing requirements of 49 CFR Part 40? ⊙ Yes ○ No

From: 4/4/2023  To: 9/1/2023
Position Held: CDL A driver
Reason For Leaving: To start my own truckir

---

**EMPLOYER** — **DATE**

Name: Crawford trucking
Address: 9167 north ave
City: Milan  State: IL  Zip: 61264
Contact Person: Brad Crawford  Phone Number: 8153032490
Where you subject to FMCRs^ while employed? ⊙ Yes ○ No
Was your job designated as a safety-sensitive function in any DOT-regulated mode subject to the drug and alcohol testing requirements of 49 CFR Part 40? ⊙ Yes ○ No

From: 9/2/2022  To: 4/3/2023
Position Held: OTR CDL A
Reason For Leaving: Work got slow

---

**EMPLOYER** — **DATE**

Name: DTS transportation
Address: 987 south Farragut
City: Davenport  State: IA  Zip: 52806
Contact Person: Jose Diaz  Phone Number:
Where you subject to FMCRs^ while employed? ○ Yes ⊙ No
Was your job designated as a safety-sensitive function in any DOT-regulated mode subject to the drug and alcohol testing requirements of 49 CFR Part 40? ○ Yes ⊙ No

From: 6/8/2022  To: 9/1/2022
Position Held: OTR CDL A
Reason For Leaving: Found a better paying

---

**EMPLOYER** — **DATE**

Name: Rayz Barber shop
Address: 3810 49th Ave
City: Moline  State: IL  Zip: 61265
Contact Person: Chris Ontiveros  Phone Number: 9416853654
Where you subject to FMCRs^ while employed? ⊙ Yes ○ No
Was your job designated as a safety-sensitive function in any DOT-regulated mode subject to the drug and alcohol testing requirements of 49 CFR Part 40? ⊙ Yes ○ No

From: 6/6/2020  To: 6/1/2022
Position Held: Maintanence
Reason For Leaving: CDL school

---

*Includes vehicles having HVWR of 26,001 lbs. or more, vehicles designed to transport 16 or more passengers (including the driver), or any size vehicle used to transport hazardous materials in the quantity requiring placarding.

^The Federal Motor Carrier Safety Regulations (FMCSRs) apply to anyone operating a motor vehicle on a highway in interstate commerce to transport passengers of property when the vehicle: (1) weighs or has a GVWR of 10,001 pounds or more, (2) is designed or used to transport more than 8 passengers (including the driver), OR (3) is of any size and is used to transport hazardous materials in a quantity requiring placarding.

DocuSign Envelope ID: B9A2A62A-074C-4483-814B-D1B47FB78664

Ontiveros Cmplt Ex. A 004

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

# EMPLOYMENT HISTORY (continued)

|  | EMPLOYER |  | DATE |
|---|---|---|---|
| Name | Lakeland college | From: 8/1/2015 | To: 6/1/2020 |
| Address | 5001 Lakeland Blvd. | | |
| City Mattoon | State IL   Zip 61938 | | |
| Contact Person Charles Followell | Phone Number 6186639140 | Position Held Culinary instructor | |
| Where you subject to FMCRs^ while employed? ⊙ Yes ○ No | | Reason For Leaving Graduated from culinar | |

Was your job designated as a safety-sensitive function in any DOT-regulated mode subject to the drug and alcohol testing requirements of 49 CFR Part 40? ⊙ Yes ○ No

|  | EMPLOYER |  | DATE |
|---|---|---|---|
| Name | | From: | To: |
| Address | | | |
| City | State   Zip | | |
| Contact Person | Phone Number | Position Held | |
| Where you subject to FMCRs^ while employed? ○ Yes ⊙ No | | Reason For Leaving | |

Was your job designated as a safety-sensitive function in any DOT-regulated mode subject to the drug and alcohol testing requirements of 49 CFR Part 40? ○ Yes ⊙ No

|  | EMPLOYER |  | DATE |
|---|---|---|---|
| Name | | From: | To: |
| Address | | | |
| City | State   Zip | | |
| Contact Person | Phone Number | Position Held | |
| Where you subject to FMCRs^ while employed? ○ Yes ⊙ No | | Reason For Leaving | |

Was your job designated as a safety-sensitive function in any DOT-regulated mode subject to the drug and alcohol testing requirements of 49 CFR Part 40? ○ Yes ⊙ No

|  | EMPLOYER |  | DATE |
|---|---|---|---|
| Name | | From: | To: |
| Address | | | |
| City | State   Zip | | |
| Contact Person | Phone Number | Position Held | |
| Where you subject to FMCRs^ while employed? ○ Yes ⊙ No | | Reason For Leaving | |

Was your job designated as a safety-sensitive function in any DOT-regulated mode subject to the drug and alcohol testing requirements of 49 CFR Part 40? ○ Yes ⊙ No

*Includes vehicles having HVWR of 26,001 lbs. or more, vehicles designed to transport 16 or more passengers (including the driver), or any size vehicle used to transport hazardous materials in the quantity requiring placarding.

^The Federal Motor Carrier Safety Regulations (FMCSRs) apply to anyone operating a motor vehicle on a highway in interstate commerce to transport passengers of property when the vehicle: (1) weighs or has a GVWR of 10,001 pounds or more, (2) is designed or used to transport more than 8 passengers (including the driver), OR (3) is of any size and is used to transport hazardous materials in a quantity requiring placarding.

DocuSign Envelope ID: B9A2A62A-074C-4483-814B-D1B47FB78664

Ontiveros Cmplt Ex. A 005

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

# EMPLOYMENT HISTORY (continued)

| EMPLOYER | DATE |
|---|---|
| Name _____ | From: _____ To: _____ |
| Address _____ | |
| City _____ State _____ Zip _____ | |
| Contact Person _____ Phone Number _____ | Position Held _____ |
| Where you subject to FMCRs^ while employed? ○ Yes ⊙ No | Reason For Leaving _____ |
| Was your job designated as a safety-sensitive function in any DOT-regulated mode subject to the drug and alcohol testing requirements of 49 CFR Part 40? ○ Yes ⊙ No | |

| EMPLOYER | DATE |
|---|---|
| Name _____ | From: _____ To: _____ |
| Address _____ | |
| City _____ State _____ Zip _____ | |
| Contact Person _____ Phone Number _____ | Position Held _____ |
| Where you subject to FMCRs^ while employed? ○ Yes ⊙ No | Reason For Leaving _____ |
| Was your job designated as a safety-sensitive function in any DOT-regulated mode subject to the drug and alcohol testing requirements of 49 CFR Part 40? ○ Yes ⊙ No | |

| EMPLOYER | DATE |
|---|---|
| Name _____ | From: _____ To: _____ |
| Address _____ | |
| City _____ State _____ Zip _____ | |
| Contact Person _____ Phone Number _____ | Position Held _____ |
| Where you subject to FMCRs^ while employed? ○ Yes ⊙ No | Reason For Leaving _____ |
| Was your job designated as a safety-sensitive function in any DOT-regulated mode subject to the drug and alcohol testing requirements of 49 CFR Part 40? ○ Yes ⊙ No | |

| EMPLOYER | DATE |
|---|---|
| Name _____ | From: _____ To: _____ |
| Address _____ | |
| City _____ State _____ Zip _____ | |
| Contact Person _____ Phone Number _____ | Position Held _____ |
| Where you subject to FMCRs^ while employed? ○ Yes ⊙ No | Reason For Leaving _____ |
| Was your job designated as a safety-sensitive function in any DOT-regulated mode subject to the drug and alcohol testing requirements of 49 CFR Part 40? ○ Yes ⊙ No | |

*Includes vehicles having HVWR of 26,001 lbs. or more, vehicles designed to transport 16 or more passengers (including the driver), or any size vehicle used to transport hazardous materials in the quantity requiring placarding.

^The Federal Motor Carrier Safety Regulations (FMCSRs) apply to anyone operating a motor vehicle on a highway in interstate commerce to transport passengers of property when the vehicle: (1) weighs or has a GVWR of 10,001 pounds or more, (2) is designed or used to transport more than 8 passengers (including the driver), OR (3) is of any size and is used to transport hazardous materials in a quantity requiring placarding.

DocuSign Envelope ID: B9A2A62A-074C-4483-814B-B1B47FB78664

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

Ontiveros Cmplt Ex. A 006

# DECLARATION OF EMPLOYMENT STATUS

## THIS REFERS TO ANY GAPS IN EMPLOYMENT HISTORY

I understand that I must provide my complete employment history for the past 3 years, and all CDL required employment for the 7 years preceding that. Any gaps in employment longer than 1 month are explained as follows:

From: _____     To: _____

During this time, I was engaged in the following activity:

_____

_____

In addition:

____ I was not employed by any company or individual

____ I was not convicted of any criminal act involving the use of a commercial motor vehicle or while driving a commercial motor vehicle

From: _____     To: _____

During this time, I was engaged in the following activity:

_____

_____

In addition:

____ I was not employed by any company or individual

____ I was not convicted of any criminal act involving the use of a commercial motor vehicle or while driving a commercial motor vehicle

From: _____     To: _____

During this time, I was engaged in the following activity:

_____

_____

In addition:

____ I was not employed by any company or individual

____ I was not convicted of any criminal act involving the use of a commercial motor vehicle or while driving a commercial motor vehicle

ONTIVEROS Cmplt Ex. A 006

DocuSign Envelope ID: B9A2A62A-074C-4483-814B-B1B47FB78664

Ontiveros Cmplt Ex. A 007

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

From: _____    To: _____

During this time, I was engaged in the following activity:

_____

_____

In addition:

____ I was not employed by any company or individual

____ I was not convicted of any criminal act involving the use of a commercial motor vehicle or while driving a commercial motor vehicle

---

From: _____    To: _____

During this time, I was engaged in the following activity:

_____

_____

In addition:

____ I was not employed by any company or individual

____ I was not convicted of any criminal act involving the use of a commercial motor vehicle or while driving a commercial motor vehicle

---

From: _____    To: _____

During this time, I was engaged in the following activity:

_____

_____

In addition:

____ I was not employed by any company or individual

____ I was not convicted of any criminal act involving the use of a commercial motor vehicle or while driving a commercial motor vehicle

DocuSign Envelope ID: B9A2A62A-074C-4483-814B-D1B47FB78664

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

Ontiveros Cmplt Ex. A 008

From: _____       To: _____

During this time, I was engaged in the following activity:

_____

_____

In addition:

_____   I was not employed by any company or individual

_____   I was not convicted of any criminal act involving the use of a commercial motor vehicle or while driving a commercial motor vehicle

---

From: _____       To: _____

During this time, I was engaged in the following activity:

_____

_____

In addition:

_____   I was not employed by any company or individual

_____   I was not convicted of any criminal act involving the use of a commercial motor vehicle or while driving a commercial motor vehicle

---

From: _____       To: _____

During this time, I was engaged in the following activity:

_____

_____

In addition:

_____   I was not employed by any company or individual

_____   I was not convicted of any criminal act involving the use of a commercial motor vehicle or while driving a commercial motor vehicle

ONTIVEROS Cmplt Ex. A 008

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

**ACCIDENT RECORD** for past 3 years or more (attach sheet if more space is required). If none, write **none**.

| | Dates | Nature of Accident (Head-on, Rear-End, Upset, etc.) | Fatalities | Injuries | Hazardous Material Spill |
|---|---|---|---|---|---|
| Last Accident | _____ | _____ | | | |
| Next Previous | _____ | _____ | | | |
| Next Previous | _____ | _____ | | | |

**TRAFIC CONVICTIONS** and forfeitures for the past 3 years (other than parking violations). If none, write **none.**

| Location | Date | Charge | Penalty |
|---|---|---|---|
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |

(Attach sheet if more space is required)

# EXPERIENCE AND QUALIFICATIONS – DRIVER

List all driver licenses or permits held in the past 3 years

| | State | License Number | Type | Expiration Date |
|---|---|---|---|---|
| **DRIVER** | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |
| **LICENSES** | _____ | _____ | _____ | _____ |

A.  Have you ever been denied a license, permit or privilege to operate a motor vehicle?   ○ Yes  ⊙ No      If yes give details below

```
[                                                                    ]
```

B.  Has any license, permit or privilege ever be suspended or revoked?   ○ Yes  ⊙ No      If yes give details below

```
[                                                                    ]
```

**DRIVING EXPERIENCE** check if yes

| Class of Equipment | | Equipment type |
|---|---|---|
| Straight Truck | ✔ | Flat _____ |
| Tractor and Semi-Trailer | ✔ | Van _____ |
| Tractor – Two Trailers | | _____ |
| Motorcoach – School Bus | | More than 8 passengers |
| Motorcoach – School Bus | ✔ | More than 15 passengers |
| Other | | _____ |

List states operated in for last five years:_____

Which safe driving awards do you hold and from whom?_____

## EXPERIENCE AND QUALIFICATIONS – OTHER

Show any trucking, transportation or other experience that may help in your work for this company
Back up_____

List courses and training other than shown elsewhere in the application
Maintanence_____

List special equipment or technical materials you can work with (other than already shown)
Frameless rear dump_____

## EDUCATION

Highest Grade Completed          College - 4_____

Last School Attended & Location (city & state) Lakeland college  Robinson Illinois_____

## TO BE READ AND SIGNED BY APPLICANT

This certifies that this application was completed by me, and that all entries on it and information in it are true and complete to the best of my knowledge.

Signature: _____     Date: _____ 9/1/2023 _____

ACFCF822D2E645A...

DocuSign Envelope ID: B9A2A63A-074C-4483-814B-D1B47FBZ8664

Ontiveros Cmplt Ex. A 010

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

# DRIVER STATEMENT OF ON-DUTY HOURS

### (FOR NEWLY HIRED DRIVER'S)

INSTRUCTIONS: Motor carriers when using a driver for the first time shall obtain from the driver a signed statement giving the total time on-duty during the immediately preceding 7 days and time at which such driver was last relieved from duty prior to beginning work for such carrier. Rule 395.8(j)(2) Federal Motor Carrier Safety Regulations. NOTE: Hours for any compensated work during the preceding 7 days, including work for a non-motor carrier entity, must be recorded on this form.

Driver information:

DRIVER NAME ___JAYME ONTIVEROS___

| State | License Number | Type | Expiration Date |
|---|---|---|---|
| IL | O53143682202 | Class A | 7/16/2024 |

| Day | 1 (yesterday) | 2 | 3 | 4 | 5 | 6 | 7 | |
|---|---|---|---|---|---|---|---|---|
| Date | 8/31/2023 | 8/30/2023 | 8/29/2023 | 8/28/2023 | 8/27/2023 | 8/26/2023 | 8/25/2023 | Total Hours |
| Hours Worked | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

I hereby certify that the information given is correct to the best of my knowledge and belief, and that I was last relieved from work at:

___9/1/2023___
(Date)

___JAYME___  ___ONTIVEROS___
(First Name)  (Last Name)

_____  ___9/1/2023___
(Driver's Signature)  (Date)

___Nina Djordjevic___  ___President___
(Carrier Official)  (Title)

_____  ___9/1/2023___
(Carrier Official Signature)  (Date)

Carrier Address: ___2939 KENNY RD, SUITE 220___

DocuSign Envelope ID: B9A2A62A-074C-4483-814B-D1B47FBZ8664

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

Ontiveros Cmplt Ex. A 011

# CERTIFICATION OF COMPLIANCE WITH DRIVER LICENSE REQUIREMENTS

Vehicle weighing 26,001 pounds or more, can transport more than 15 people, or transports hazardous materials that require place carding.

The requirements in Part 391 apply to every driver who operates in interstate commerce and operates a vehicle weighing 10,001 pounds or more, can transport more than 15 people, or transports hazardous materials that require place carding.

DRIVER REQUIREMENTS: Parts 383 and 391 of the Federal Motor Carrier Safety Regulations contain some requirements that you as a driver must comply with. These requirements are in effect as of July 1, 1987. They are as follows:

1. **POSSESS ONLY ONE LICENSE:**
   You, as a commercial vehicle driver, may not possess more than one motor vehicle operator's license. If you have more than one license, keep the license from your state of residence and return the additional license to the states that issued them. DESTROYING a license does not close the record in the state that issued it, you must notify the state.
   If a multiple license has been lost, stolen, or destroyed, close your record by notifying the state of issuance that you no longer want to be licensed by the state.

2. **NOTIFICATION OF LICENSE SUSPENSION, REVOCATION OR CANCELLATION:**
   Sections 392.42 and 383.33 of the Federal Motor Carrier Safety Regulations require that you notify your employer the NEXT BUSINESS DAY of any revocation or suspension of your driver's license.
   In addition, Section 383.31 requires that any time you violate a state or local traffic law (other than parking), you must report it within 30 days to: 1) your employing carrier, and 2) the state that issued your license (if the violation occurs in a state other than the one which issued your license). The notification to both the employer and state must be in writing.

The following license is the only one I will possess:

Driver's License No. ▮▮▮▮▮▮▮▮▮▮▮▮ _____ State IL_____ Expiration Date 7/16/2024_____

DRIVER'S CERTIFICATION: I certify that I have read and understand the above requirements.

Driver's Name (Printed): JAYME ONTIVEROS_____

Driver's Signature: _____ Date _____ 9/1/2023 _____
ACFCF822D2E645A...

Reviewed by: Nina Djordjevic_____
Carrier Official (printed)

President_____ Date _____ 9/1/2023 _____
(Carrier Signature Title)

Rocket Expediting LLC_____
(Carrier)

Comments:

DocuSign Envelope ID: B9A2A62A-074C-4483-814B-D1B47FBZ8664

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

Ontiveros Cmplt Ex. A 012

# DRIVER'S ROAD TEST EXAMINATION

DRIVER NAME    JAYME ONTIVEROS

Address    101 12 18th Street, Apt 4

City    Rock Island

State    IL    Zip 61201

The road test shall be given by the motor carrier or a person designated by it. However, a driver who is a motor carrier must be given the test by another person. The test shall be given by a person who is competent to evaluate and determine whether the person who takes the test has demonstrated that he or she is capable of operating the vehicle and associated equipment that the motor carrier intends to assign.

The pre-trip inspection (as required 49 CFR 392.7).

Coupling and uncoupling of combination units, if the equipment he or she may drive includes combination units.

Placing the equipment in operation.

Use of vehicle's controls and emergency equipment.

Operating the vehicles in traffic and while passing other vehicles.

Turning the vehicle.

Braking and slowing the vehicle by means other than braking.

Backing and parking the vehicle.

Other, explain:

Type of equipment used in giving the test:

Examiner's signature: _Tanja Kovacevic_    Date: 9/1/2023

ECD83597C9F9496...

Remarks:

If the road test is successfully completed, the person who gave it shall complete a certificate of driver's road test.

ONTIVEROS Cmplt Ex. A 012

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

# CERTIFICATE OF DRIVER'S ROAD TEST

INSTRUCTIONS: If the road test is successfully completed, the person who gave it shall complete a certify motor carrier's driver qualification file of the person examined and a copy given to the person who had driver's road test. The original or copy of the certificate shall be retained in the employing was examined. (49 CFR 391.31(e)(f)(g))

## CERTIFICATION OF ROAD TEST

DRIVER NAME    JAYME ONTIVEROS

SSN

License Number

State    IL

Type of Power Unit   Semi-truck

Type of Trailer(s)   Dry van

If passenger carrier, type of bus

This is to certify that the above-named driver was given a road test under my supervision on _____, consisting of approximately _____ miles of driving.

It is considered option that this driver possesses sufficient driving skill to operate safely the type of commercial motor vehicle listed above.

DocuSigned by:

*Tanja Kovacevic*

ECD86697C9F9496...

(Signature of Examiner)

Safety officer

(Title)

Rocket Expediting LLC, 2939 KENNY RD, SUITE 220, Columbus OH 43220

(Organization and Address of Examiner)

DocuSign Envelope ID: B9A2A63A-074C-4483-814B-D1B47FBZ8664

Ontiveros Cmplt Ex. A 014

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

# ANNUAL MOTOR VEHICLE DRIVER'S CERTIFICATION OF VIOLATIONS

In accordance with 49 CFR 391.27, I JAYME ONTIVEROS_____ certify that the following is a true and complete list of traffic violations (other than parking violations) for which I have been convicted or forfeited bond or collateral during the past 12 months.

| Date | Offence | Location (City/State) | Type of Vehicle Operated |
|------|---------|----------------------|--------------------------|
|      |         |                      |                          |
|      |         |                      |                          |
|      |         |                      |                          |
|      |         |                      |                          |
|      |         |                      |                          |

If no violations are listed above, I certify that I have not been convicted or forfeited bond or collateral on account of any violation required to be listed during the past 12 months.

9/1/2023
_____
(Date of signature)

_____
(Driver's signature)
ACFCF822D2E645A...

# ANNUAL REVIEW OF DRIVING RECORD

In accordance with 49 CFR 391.25, I certify that I have carefully reviewed the driving record of (Driver's name) JAYME ONTIVEROS_____ to determine whether or not he/she meets the minimum requirements for safe driving specified in 49 CFR 391.11or is disqualified to drive a motor vehicle pursuant to 49 CFR 391.15.

In reviewing this driver's record, I certify that I have considered any evidence that the driver has violated any applicable Federal Motor Carrier Safety Regulations or Hazardous Materials Regulations; and considered the driver's accident record and any evidence that the driver has violated laws governing the operations of motor vehicles, and I have given great weight to violations, such as speeding, reckless driving, and operating while under the influence Or alcohol or drugs, that indicate that the driver has exhibited a disregard of the safety of the public.

A copy of the response from each State agency to the inquiry required by 49 CFR 391.25(b) is attached.

This form shall be maintained in the driver's qualification file, as required by 49 CFR 391.51.

Rocket Expediting LLC
_____
(Motor Carrier's Name)

9/1/2023
_____
(Review Date)

2939 KENNY RD, SUITE 220,Columbus OH 43220
_____
(Motor Carrier's Address)

_____
(Reviewed by: Signature)
Mna Djordjevic
830753E73A1F49D...

President
_____
(Title)

ONTIVEROS Cmplt Ex. A 014

DocuSign Envelope ID: B9A2A62A-074C-4483-814B-D1B47FB78664

Ontiveros Cmplt Ex. A 015

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

# APPENDIX A-3
# APPENDIX B

## DRIVER'S NOTIFICATION LETTER

I JAYME ONTIVEROS _____ certify that received a copy of, and have read the above
Rocket Expediting LLC _____, policy on Alcohol and Drug Testing Procedures., I understand that as a condition of employment
as a driver, I must comply with these guidelines, and do agree that I will remain medically qualified by following this procedure.

If I develop a problem with alcohol/ drug abuse during my employment with Rocket Expediting LLC I will seek
assistance through the current alcohol and drug testing program administrator.

_____
(Social Security Number)

DocuSigned by:

_____
(Driver Action) ACF0F882D2E645A...

9/1/2023
(Date)

DocuSign Envelope ID: B9A2A63A-074C-4483-814B-D1B47FB78664

Ontiveros Cmplt Ex. A 016

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

# RECEIPT

JAYME ONTIVEROS
_____
(Driver's Name)

This is to certify that I have been provided educational materials that explain the requirements of section 382-601 and my employer's policies and procedures with respect to meeting the requirements. The materials include detailed discussion of the following checked items:

✔ The designated person to answer questions about the materials.

✔ The categories of drivers subject to Part 382

✔ Sufficient information about the safety – sensitive functions and periods of the workday that compliance is required.

✔ Specific information concerning prohibited driver conduct.

✔ Circumstances under which a driver will be tested.

✔ Test procedures, driver protection and integrity of the testing processes, and Safeguarding validity of the test.

✔ The requirement that tests are administered in accordance with Part 382

✔ An explanation of what will be considered a refusal to submit to a test and the consequences.

✔ The consequences for Part 382 Subpart B violations including removal from safety – sensitive function and 332,605 procedures.

✔ The consequences for drivers found to have an alcohol concentration of 0,02 or greater but less than 0,04.

✔ Information on the affects of alcohol and controlled substances use on:

- As individual's health
- Signs and symptoms of a problem
- Work
- Available methods of intervening when a problem I suspected
- Personal life

DocuSigned by:
_____
(Driver's Signature)
AC FCE822D2E645A...

_____
9/1/2023
(Date)

ONTIVEROS Cmplt Ex. A 016

DocuSign Envelope ID: B9A2A62A-074C-4483-814B-D1B47FBZ8664

Ontiveros Cmplt Ex. A 017

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

# NOTICE TO DRIVERS

# CERTIFICATE OF COMPLIANCE

### (NOTE: ORIGINAL TO BE RETAINED BY CARRIER, COPY FOR DRIVER)

The Commercial Motor Vehicle Safety Act of 1986 provided for stronger controls over drivers of commercial vehicles. The Law applies to all drivers operating vehicles and combinations with Gross Vehicle Weight Rating over 26,000 pounds, and to any vehicle, regardless of wights, transporting hazardous materials in a quantity requiring placarding.

The following provisions of this legislation become effective July 1, 1987:

1. No driver may possess more than one license, and no motor carrier may use a driver having more than one license.

2. A driver convicted of a traffic violation (other than parking) in any vehicle must notify the motor carrier and the state which issued the license to that driver of the conviction within 30 days.

3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 3 years, in addition to any other required information about the applicant's employment history.

4. The Federal Motor Carrier Safety Regulations require that a driver who loses any privilege to operate a commercial vehicle, or who is disqualified from operating a commercial vehicle, must advise the motor carrier the next business day after receiving notification.

**PENALTIES**- Any violation of the above are punishable by a fine not to exceed $2,500. Willful violation of (1) or (3), above, failure to notify the motor carrier within 3 days of the loss of any privilege to operate a commercial vehicle can result in penalties.

**CERTIFICATION BY DRIVER**

**I hereby certify that I have read above and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986**



JAYME ONTIVEROS
(Driver's name)                                                                                    umber)

IL                    7/16/2024
(State)                (Expiration Date)

101 12 18th Street, Apt 4        Rock Island                    IL            61201
(Driver's Address)              (City)                         (State)        (Zip)

DocuSign Envelope ID: B9A2A62A-074C-4483-814B-D1B47FBZ8664

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

Ontiveros Cmplt Ex. A 018

# DRIVER SAFETY TRAINING

This is to confirm that the driver JAYME ONTIVEROS has received, and has had training in the areas of company and DOT rules and regulations. As required by our company and DOT regulation, I agree to read and familiarize myself with the following handbooks which are required to be in each vehicle, and are available through the company.

**HANDBOOKS:**

1. "Federal Motor Carrier Regulations Handbooks"
2. "North American Emergency Response Books"
3. "Company Rules and Regulation Guidebook:

**VIDEO** included in training were:

1. Vehicle Inspection.
2. Driver Guide to the Daily Logs.
3. Safety Training Techniques.
4. Emergency Maneuvers.
5. Speed and Space Management.
6. Air Brake Training.
7. Accident and Breakdowns.

VIDIO WERE MADE BY J.J. KELLER AND ASSOCIATES, INC.

Following these training videos was a question-and-answer period which included additional company illustrations, photos, forms, further explanations and oral tests on these and other topics.

I understand that if I have any questions, or which to have any area of the training clarified, I may come to the company and get further explanation or information.

On this date 9/1/2023 I have completed training of Log preparation and other public safety issues. I am now versed in proper DOT Regulations (395) I understand that by not following these DOT Regulations I will be subject to company disciplinary actions. I am also aware and have been informed of all company fines which will be enforced following failure to comply with company rules which are explained on the company handbooks.

DocuSigned by:

_____
(Driver's Signature)
ACFCF822D2E645A...

DocuSigned by:
Tanja Kovacevic
_____
(Instructor's Signature)
ECD3597C9F9496...

_____
(Social Security Number)

ONTIVEROS Cmplt Ex. A 018

DocuSign Envelope ID: B9A2A62A-074C-4483-814B-D1B47FBZ8664

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

Ontiveros Cmplt Ex. A 019

# DRIVER RESPONSIBILITIES

**DRIVER IS FULLY RESPONSIBLE FOR THE SHIPMENT.**

1. Load should be inspected at all the time by the driver, and delivered in good condition.
2. If there are two drivers, both of theme should check on the condition of the load, and on the condition of the truck (wheels)

**DRIVER IS FULLY RESPONSIBLE FOR THE CONDITION OF THE TRUCK AND TRAILER.**

1. In case of accident immediately contact with the dispatch or safety department
2. Driver fully bear the expenses for destroying the load by his/her fault or inattention.
3. Driver is responsible to check on level of water in radiator, level of oil in engine, and air pressure in the wheels (100 psi)
4. Driver is responsible to inform dispatch about any defect in the truck or trailer.

**DRIVER IS RESPONSIBLE FOR ANY RECEIPTS AND SHIPMENT DOCUMETNS.**

1. After the trip return all bills.
2. Fuel
3. Tolls, road receipts.
4. Weight receipts
5. Repair
6. Unloading
7. Earnest

JAYME ONTIVEROS
(Driver's Name)



DocuSigned by:

AGF6F822D2E645A...
(Driver's Signature)

9/1/2023
(Date)

ONTIVEROS Cmplt Ex. A 019

DocuSign Envelope ID: B9A2A62A-074C-4483-814B-D1B47FBZ8664

Ontiveros Cmplt Ex. A 020

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

# HOURS OF SERVICE POLICY

Starting December 16, 2019, all carriers and drivers subject to the ELD rule must use ELDs. HOURS of Services Requirement are detailed in CFR 49 Part 395.5.

These regulations were written to reduce accident's injuries to driver fatigue. The rules are as follows:

- 11 Hours Rule You may drive 11 hours after 10 hours off-duty
- 14 Hours Rule You may not drive beyond the14th hours after coming on duty, following 10hours off-duty
- 60/70 Hours Rule - You may not drive after 60/70 hours on-duty in 7/8 consecutive days.

**A DRIVER MAY RESTART A 7/8 CONSECUTIVE DAY PERIOD AFTER TAKING 34OR MORE CONSECUTIVE HOUR'S OFF-DUTY**

Dispatch may not dispatch a driver on a move that would cause a violation of these regulations. The Company and its drivers will operate in compliance with these regulations.

---

**DISCIPLINARY PROGRAM FOR LOG VIOLATIONS**
1st.Violation-Verbal Warning & Re Training & charge $300
2st. Violation-Written Warning & Retraining & charge $600
3rd. Violation-1 day off at the dispatcher's convenience & charge $900

**DISCIPLINARY PROGRAM FOR LOG OOS**
1st.Violation-Verbal Warning & Re Training & charge $500
2st. Violation-Written Warning & Retraining & charge $1000
3rd. Violation-1 day off at the dispatcher's convenience & charge $1500

---

**ALL VIOLATION ARE SUBJECT FOR CHARGES AS FOLLOW
VIOLATION DISCOVERED MIN $500
OUT OF SERVICE MIN $500**

JAYME ONTIVEROS
_____
(Driver's Name)

9/1/2023
_____
(Date)

DocuSigned by:
ACFCF822D2E645A...
(Driver's Signature)

DocuSign Envelope ID: B9A2A62A-074C-4483-814B-D1B47FB78664

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

Ontiveros Cmplt Ex. A 021

# ADDENDUM – OCCA
# OCCUPATIONAL ACCIDENTAL INSURANCE

This Addendum to the Agreement made and entered into this day 9/1/2023 _____ in the Columbus OH _____, between Rocket Expediting LLC _____ ,
and JAYME ONTIVEROS _____ (hereinafter referred to as "Agreement") is herebymodifies the Agreement as follows:

**Insurance**

Be it known, that by way of signature on this document, you are agreeing, as an Independent Contract Owner/Operator, that you are not, under ANY circumstances whatsoever, an employee of Lessee/Carrier. As the owner of the truck, and as a self-employed person, you are required, if any state law requires, to maintain your own accident insurance or workers compensation insurance. If you employ a driver to drive your unit, you must provide us, Lessee/Carrier a copy of any occupational accident or workers compensation insurance you hold for your employee. If you are a single driver, driving your own unit, you do not need to provide this information to Lessee/Carrier however; your obligation for any medical bills for accident or injury, while on duty, remains to be the obligation of you, solely, as an Independent Contract Owner/Operator and as the employer of yourself.

Be it known, that by way of signature on this document, you are agreeing, as an Independent Contract Owner/Operator, that you are not, under ANY circumstances whatsoever, an employee of Lessee/Carrier. As the owner of the truck, and as a self-employed person, you are required, if any state law requires, to maintain your own accident insurance or workers compensation insurance. If you employ a driver to drive your unit, you must provide us, Lessee/Carrier a copy of any occupational accident or workers compensation insurance you hold for your employee. If you are a single driver, driving your own unit, you do not need to provide this information to Lessee/Carrier however; your obligation for any medical bills for accident or injury, while on duty, remains to be the obligation of you, solely, as an Independent Contract Owner/Operator and as the employer of yourself.

The purpose of this addendum is solely to add the insurance clause to the above referenced Independent Driver Agreement and the parties to this Addendum remain bound by all provisions and limitations of the Agreement.

**NOTICE: THIS DOCUMENT IS A LEGAL DOCUMENT, DO NOT SIGN WITHOUT READING AND UNDERSTANDING WHAT YOU ARE AGREEING TO, AS YOUR SIGNATURE EQUATES TO FULL ONSENT OF THE FOREGOING.**

**CONTRACTOR:**

**I HAVE READ THIS AGREEMENT AND UNDERSTAND ITS TERMS AND CONDITIONS, AND AGREE TO BE BOUND BY THEM.**

DocuSigned by:

_____
(Driver's Signature) AGF0F822D25645A...

_____ 9/1/2023
(Date)

_____
Nina Djordjevic
(Contractor)

_____
Rocket Expediting LLC
(Company)

Rocket Expediting LLC

2939 KENNY RD, SUITE 220,Columbus OH 43220

ONTIVEROS Cmplt Ex. A 021

DocuSign Envelope ID: B9A2A63A-074C-4483-814B-D1B47FBZ8664

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

Ontiveros Cmplt Ex. A 022

In a proactive effort to prevent Rocket Expediting LLC     FMCSA safety measurement system performance profile from having a negative impact that will prevent our brokering and shipping partners from doing business with us as a team, we have the following penalties in place. By actually conducting Pre-trip & Post-Trip Inspections and reporting the need to have vehicle repairs, and working with Dispatchers for having the adequate time to work, we can all collectively reduce the chances of having many Roadside Inspection violations:

# Disciplinary Actions for Hours of Service | Log Book Violations

1st Offense for an Out-Of-Service Violation may be fined up to $500.
1st Offense for a Non-Out-of-Service Violation will be $300.
2nd Offense for an Out-of-Service Violation may be fined up to $1000.
2nd Offense for a Non-Out-of-Service Violation will be fined $600.
3rd Offense for an Out-of-Service Violation may be $2000 or termination.
3rd Offense for a Non-Out-of-Service Violation will be fined $900.
Failing or Disregard to be in contact with Broker as required, will be fined $25.
Cancelling a Dispatched Assignment while en-route to a delivery will be fined $150.
Failing to provide a Dispatcher correct location or truck status or driving hours will be fined $50.
Missing pick-up or delivery appointment and not notifying the broker will be fined $300.

# Disciplinary Actions for Unsafe Driving | Moving & Non-Violations

1st Offense for a Moving Violation, Medical Card, CDL, and Unsafe Parking will be $1000.
2nd Offense for a Moving Violation, Medical Card, CDL, and Unsafe Parking will be $1500.
3rd Offense for a Moving Violation, Medical Card, CDL, and Unsafe Parking will be Termination.
Failure to report Driver/vehicle inspection report will be fined 300$.
Failure to submit Driver/vehicle examination report within 10 days will be fined 300$
Accepting freight or pulling freight for another transportation company for profit will be fined $2000.
Becoming negligent and improper parking location failing to prevent cargo and vehicle theft or vandalism, will be charged a $5000 or costs for the insurance deductible.
Being involved in an accident and not notifying dispatch or company officials will be fined $2000.
If a driver leases a semi-trailer and due to negligence, it becomes stolen, a deductible will be charged $2000.

# Disciplinary Actions for Vehicle Maintenance | Equipment Violations

1st Offense for an Out-Of-Service Violation may be fined up to $500.
1st Offense for a Non-Out-of-Service Violation will be fined $300.
2nd Offense for an Out-Of-Service Violation may be fined up to $1000.
2nd Offense for a Non-Out-Of-Service Violation will be fined up to $600.
3rd Offense for an Out-Of-Service Violation may be $2000 or termination.
3rd Offense for a Non-Out of Service Violation will be fined $900.

# Rewards Incentives & Compliance Program

USDOT Level 1 Inspection with no violations will be paid $500.
USDOT Level 2 Inspection with no violations will be paid $300.
USDOT Level 3 Inspection with no violations will be paid $200.

DocuSigned by:

ACFCE822D2E645A...
_____
(Driver's Signature)

ONTIVEROS Cmplt Ex. A 022

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

# THE BELOW DISCLOSURE AND AUTHORIZATION LANGUAGE IS

# FOR MANDATORY USE BY ALL ACCOUNT HOLDERS

**IMPORTANT DISCLOSURE REGARDING BACKGROUND REPORTS FROM THE PSP ONLINE SERVICE**

In connection with your application for employment with Rocket Expediting LLC ("Prospective Employer"), Prospective Employer, its employees, agents or contractors may obtain one or more reports regarding your driving, and safety inspection history from the Federal Motor Carrier Safety Administration (FMCSA).

When the application for employment is submitted in person, if the Prospective Employer uses any information it obtains from FMCSA in a decision to not hire you or to make any other adverse employment decision regarding you, the Prospective Employer will provide you with a copy of the report upon which its decision was based and a written summary of your rights under the Fair Credit Reporting Act before taking any final adverse action. If any final adverse action is taken against you based upon your driving history or safety report, the Prospective Employer will notify you that the action has been taken and that the action was based in part or in whole on this report.

When the application for employment is submitted by mail, telephone, computer, or other similar means, if the Prospective Employer uses any information it obtains from FMCSA in a decision to not hire you or to make any other adverse employment decision  regarding you, the Prospective Employer must provide you within three business days of taking adverse action oral, written or electronic notification: that adverse action has been taken based in whole or in part on information obtained from FMCSA; the name, address, and the toll-free telephone number of FMCSA; that the FMCSA did not make the decision to take the adverse action and is unable to provide you the specific reasons why the adverse action was taken; and that you may, upon providing proper identification, request a free copy of the report and may dispute with the FMCSA the accuracy or completeness of any information or report. If you request a copy of a driver record from the Prospective Employer who procured the report, then, within 3 business days of receiving your request, together with proper identification, the Prospective Employer must send or provide to you a copy of your report and a summary of your rights under the Fair Credit Reporting Act.

Neither the Prospective Employer nor the FMCSA contractor supplying the crash and safety information has the capability to correct any safety data that appears to be incorrect. You may challenge the accuracy of the data by submitting a request to https://dataqs.fmcsa.dot.gov. If you challenge crash or inspection information reported by a State, FMCSA cannot change or correct this data. Your request will be forwarded by the DataQs system to the appropriate State for adjudication.

Any crash or inspection in which you were involved will display on your PSP report. Since the PSP report does not report, or assign, or imply fault, it will include all Commercial Motor Vehicle (CMV) crashes where you were a driver or co-driver and where those crashes were reported to FMCSA, regardless of fault. Similarly, all inspections, with or without violations, appear on the PSP report. State citations associated with Federal Motor Carrier Safety Regulations (FMCSR) violations that have been adjudicated by a court of law will also appear, and remain, on a PSP report.

The Prospective Employer cannot obtain background reports from FMCSA without your authorization.

# AUTHORIZATION

If you agree that the Prospective Employer may obtain such background reports, please read the following and sign below:

_____
(Driver's Signature)

I authorize Rocket Expediting LLC ("Prospective Employer") to access the FMCSA Pre-Employment Screening Program (PSP) system to seek information regarding my commercial driving safety record and information regarding my safety inspection history. I understand that I am authorizing the release of safety performance information including crash data from the previous five (5) years and inspection history from the previous three (3) years. I understand and acknowledge that this release of information may assist the Prospective Employer to make a determination regarding my suitability as an employee.

ONTIVEROS Cmplt Ex. A 023

DocuSign Envelope ID: B9A2A62A-074C-4483-814B-D1B47FBZ8664

Ontiveros Cmplt Ex. A 024

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

I further understand that neither the Prospective Employer nor the FMCSA contractor supplying the crash and safety information has the capability to correct any safety data that appears to be incorrect. I understand I may challenge the accuracy of the data by submitting a request to https://dataqs.fmcsa.dot.gov. If I challenge crash or inspection information reported by a State, FMCSA cannot change or correct this data. I understand my request will be forwarded by the DataQs system to the appropriate State for adjudication.

I understand that any crash or inspection in which I was involved will display on my PSP report. Since the PSP report does not report, or assign, or imply fault, I acknowledge it will include all CMV crashes where I was a driver or co-driver and where those crashes were reported to FMCSA, regardless of fault. Similarly, I understand all inspections, with or without violations, will appear on my PSP report, and State citations associated with FMCSR violations that have been adjudicated by a court of law will also appear, and remain, on my PSP report. I have read the above Disclosure Regarding Background Reports provided to me by Prospective Employer and I understand that if I sign this Disclosure and Authorization, Prospective Employer may obtain a report of my crash and inspection history. I hereby authorize Prospective Employer and its employees, authorized agents, and/or affiliates to obtain the information authorized above.

_____
9/1/2023
(Date)

DocuSigned by:

_____
(Driver Signature)
ACF5F822D2E645A...

JAYME ONTIVEROS
_____
(Name Printed)

NOTICE: This form is made available to monthly account holders by NIC on behalf of the U.S. Department of Transportation, Federal Motor Carrier Safety Administration (FMCSA). Account holders are required by federal law to obtain an Applicant's written or electronic consent prior to accessing the Applicant's PSP report. Further, account holders are required by FMCSA to use the language contained in this Disclosure and Authorization form to obtain an Applicant's consent. The language must be used in whole, exactly as provided. Further, the language on this form must exist as one stand-alone document. The language may NOT be included with other consent forms or any other language.

LAST UPDATED 12/22/2015

DocuSign Envelope ID: B9A2A62A-074C-4483-814B-D1B47FB78664

Ontiveros Cmplt Ex. A 025

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

**Revised**
**April 28 2020**

# UNSAFE DRIVING

# POLICY

ONTIVEROS Cmplt Ex. A 025

DocuSign Envelope ID: B9A2A62A-074C-4483-814B-D1B47FBZ8664

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

Ontiveros Cmplt Ex. A 026

The purpose of this Policy is to ensure the safety of those individuals who drive company vehicles. Vehicle accidents are costly to our company, but more importantly, they may result in injury to you or others. It is the driver's responsibility to operate all vehicles in a safe manner and to drive defensively to prevent injuries and property damage. As such the Company endorses all applicable state motor vehicle regulations relating to driver responsibility. The Company expects each driver to drive in a safe and courteous manner pursuant to the following safety rules. The attitude you take when behind the wheel is the single most important factor in driving safely.

❖ **Driver Eligibility**

- Drivers must have a valid driver's license for the type of vehicle to be operated, and keep the license(s) with them at all times while driving. All CDL drivers must comply with all applicable D.O.T. regulations, including successful completion of medical, drug, and alcohol evaluations.
- Must be 23 years old with minimum of two years of experience.
- Company vehicles are to be driven by authorized employees ONLY, except in emergencies, or in case of repair testing by a mechanic. Other employees and family members are not authorized to drive the Company vehicle.
- Company vehicles are to be driven for Company Business ONLY. Personal use of company vehicles is prohibited. No unauthorized persons are allowed to ride in company vehicles.
- Any employee who has a driver's license revoked or suspended shall immediately notify safety department and discontinue operation of the company vehicle. Failure to do so may result in disciplinary action including dismissal.
- All accidents involving Company vehicles, regardless of severity, must be reported to the police and to safety department. Failing to stop after an accident and/or failure to report an accident may result in disciplinary action, including dismissal.
- The use of a company vehicle while under the influence of intoxicants and other drug is forbidden and is sufficient cause for discipline, including dismissal.
- All drivers and passengers operating or riding in company vehicles must wear seat belts.
- Report any mechanical difficulties or repair needs to fleet department.
- Drivers are responsible for the security of Company vehicles being used by them. The vehicle engine must be shut off, ignition keys removed, and vehicle doors locked whenever the vehicle is left unattended. If the vehicle is left with a parking attendant, only the ignition key is to be left.

❖ **Driving Records**

Your personal driving record is a reflection of your overall driving habits, and directly affects our insurance costs. Your personal driving is your responsibility and our concern.

Motor Vehicle Records will be ordered periodically to assess driving records. An unfavorable record will result in the loss of company vehicle driving privileges or employment. A standard method of evaluation for all prospective and current driver's MVRs will be used:

- One (1) or more type 'A' Violations in the past 3 years (as defined below)
- Three (3) or more accidents (regardless) of fault in the last 3 years

**Type 'A' Violations:**

- ✓ Driving While Intoxicated
- ✓ Driving While Under the Influence of Drugs
- ✓ Negligent Homicide Arising out of the use of a Motor Vehicle (gross negligence)
- ✓ Operating During a period of Suspension or Revocation
- ✓ Using a Motor Vehicle for the commission of a Felony
- ✓ Aggravated Assault with a Motor Vehicle
- ✓ Operating a Motor Vehicle Without the Owners Authority (grand theft)
- ✓ Permitting an Unlicensed Person to Drive Reckless Driving Speed Contest (racing)
- ✓ Hit and Run (8odily Injury or Property Damage)

DocuSign Envelope ID: B9A2A62A-074C-4483-814B-D1B47FBZ8664

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

Ontiveros Cmplt Ex. A 027

❖ **Cell phone Usage**

Under all circumstances, employees shall obey all motor vehicle laws. Violations or fines incurred by employees shall be the full responsibility of the employee, and may affect future driving privileges in company. vehicles as outlined above.

✓ Use of the cell phone while driving if such use interferes with the vehicle's operation:
✓ One hand must be on the wheel at all times.
✓ Texting is forbidden.
✓ Dialing out should be done only from a safely parked position.
✓ Hands‑free cellular phones are subject to the same policy as the hand‑held cellular phones. (No dialing out, texting, or interfering with safe operation of the vehicle).

Fines and Penalties – Using a hand‑held mobile phone while driving a CMV can result in driver disqualification and company fine of $1000. Violations negatively impact SMS results, and they carry the maximum severity weight.

In order to prevent this violation please:

✓ Make sure the mobile telephone is within close enough proximity that it is operable while the driver is restrained by properly installed and adjusted seat belts.
✓ Use an earpiece or the speaker phone function.
✓ Use voice-activated dialing.
✓ Use the hands-free feature. To comply, a driver must have his or her mobile telephone located where he or she is able to initiate, answer, or terminate a call by touching a single button. The driver must be in the seated driving position and properly restrained by a seat belt. Drivers are not in compliance if they unsafely reach for a mobile phone, even if they intend to use the hands-free function.

**No Call, No Text, No Ticket!**

❖ **Speeding Policy**

Drivers should understand the importance of staying within speed limits, and how to identify the limit on the roads they use. Emphasize that staff should never drive faster than road conditions safely allow, should obey speed limits at all times (including variable limits and temporary limits at roadworks) and that persistent failure to do so will be treated as a serious matter. Good progress on the road does not depend on driving as fast as you can.

• All drivers are obliged and committed to follow road rules.
• You should always drive at a speed appropriate to the conditions.
• You must also observe speed restrictions relevant to your vehicle configuration.
• Do not speed to meet timeslots or designated arrival times.
• When travelling on unfamiliar roads, you should adjust the speed of the vehicle such that you are able to stop suddenly in the case of deviations, culverts and other hazards.
• You should always follow posted signs that provide a guide to the condition and characteristics of the road.
• Always reduce your speed in wet conditions – drive slowly, even if this results in delays to delivery and pick up schedules.
• You should descend hills at sign posted truck speed and gear instructions, or in the gear you climbed the hill in.
• Always observe the road work speed limits.
• You should take corners at or below the speed indicated on the advisory sign.
• Plan your trip well ahead to give you more reaction time and plenty of time to arrive safely.
• Always observe the speed limit in depots, parking lots, rest areas, customer's premises and work sites.
• If you have been found travelling in excess of the applicable speed you will face disciplinary action.
• All vehicles have been fitted with a speed limiter to ensure that the vehicle does not exceed the maximum permitted speed of 100 km/h. Anybody found tampering with a speed limiting device will have their employment terminated immediately.

Fines and Penalties – Speeding ticket can result in driver disqualification and company fine of $1000. Violations negatively impact SMS results, and they carry the maximum severity weight.

DocuSign Envelope ID: B9A2A63A-074C-4483-814B-D1B47FB78664

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

❖ **Traffic Violations**

Fines for parking or moving violations, towing storage or impoundment are the personal responsibility of the assigned operator. The company will not condone nor excuse ignorance of any motor vehicle violations that result in court summons being directed to itself as owner of the vehicle. For every moving violation company charge will be $1000. Each driver is required to report all moving violations to safety department within 24 hours. This requirement applies to violations involving the use of any vehicle (company, personal or other) while on company business. Failure to report violations will result in appropriate disciplinary action, company charge 300$, including revoking of driver privileges and possible termination of employment. Please be aware that motor vehicle violations incurred during non-business (personal use) hours will also affect your driving status as well and are subject to review.

❖ **Safety Belt Policy**

It is company policy that every operator of our equipment and all occupants of any vehicle must wear safety belts while on company business. This applies to all personally-owned, company-owned, leased, and rented vehicles.

Drivers must wear lap and shoulder belts when operating a motor vehicle.

For sleeper berths, occupant restraint systems installed by the manufacturer must be used, whether the system is at the entry point of the berth or incorporated as a belt-type restraint within the berth itself.

Wearing a seat belt has a lot of benefits. Here are the reasons aside from worrying about receiving a citation why you should always wear your seat belt.

**They Save Lives:** Wearing a seat belt prevents your body from moving in the event of a crash or emergency stop. Think about it, if you are in an accident your truck will stop moving but whatever in the truck is not belted to the truck will continue moving forward.

Unfortunately, it's often the windshield or roadway that is the object that stops your forward motion.

Wear your seat belt so that the object stopping your motion isn't your windshield.

**They Keep You Behind the Wheel:** If there is an accident you might lose control of your truck because you don't have a seat belt on to help hold you in place. Wearing your seat belt holds you in place so that you could steer your way out of danger.

**Your Family:** If you do have loved ones waiting for you at home then wear the seat belt for them. If you tell your children to wear their seat belts then you need to wear yours too! Lead by example!

Fines and Penalties – Seat Belt violation will result in company fine of $1000. Violations negatively impact SMS results.

❖ **Accident Policy**

Specifically, the federal Department of Transportation (DOT), which oversees the FMCSA, requires motor carriers to follow certain procedures for keeping track of serious accidents involving commercial motor vehicles (CMVs).

An accident that meets the DOT's criteria for getting recorded is known as a "DOT- recordable" accident. Since most carriers operate across state lines or otherwise affect commerce in more than one state, the Commerce Clause of the U.S. Constitution gives the federal government jurisdiction over these matters.

Carriers must maintain certain records related to the accident for three years. The DOT uses this data to determine the number of such accidents per 1 million miles driven.

Carriers are rated and, if they surpass a certain threshold, may face sanctions and extra scrutiny.

**Definition of a DOT-Recordable Accident**

The definition of a DOT-recordable accident and the rules for recording them are encoded in §390.15 of the Federal Motor Carrier Safety Regulations (FMCSR). If an accident involving a CMV results in any of the following, it must be recorded on an accident register:

1. Fatality;
2. Bodily injury in which that person receives immediate medical attention away from the scene of the accident; or
3. At least one of the vehicles involved in the accident had to be towed from the scene

The DOT does not consider fault or preventability with respect to DOT-recordable accidents.

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

Employers who have trucks on the road should make sure their drivers know the proper procedures for handling accidents. Basic rules include the following:

- Drivers should immediately stop their vehicle after an accident of any kind. They should never leave the scene of an accident.
- Drivers should immediately activate flashers. If it's possible to move the truck, it should be pulled off the road or as far to the side as possible to prevent further collisions.
- If the driver is injured, he or she should remain in cab (unless necessary for safety) and wait for emergency medical assistance to arrive. Moving could cause further injury.
- If the driver is uninjured, he or she should check the accident scene for others who might be injured.
- Drivers should notify authorities, calling 911 or the highway patrol.
- It's also important to take steps to prevent further collisions and injuries. Uninjured drivers should set out reflective triangles or flares to warn other traffic.
- Drivers should also try to assess any damage to the vehicle and/or the cargo.

Drivers should report the accident to the company (safety department) at the earliest opportunity, answer questions, and provide the following information:

- Location of the accident
- Description of the driver's condition—for example, OK or injured, able to continue driving, and so on.
- Extent of damage to vehicle and/or cargo
- Any assistance needed—for example, a tow truck or another truck to transfer cargo
- Collect pictures of damage of your and other vehicles involved in the accident
- If you have a witness, try to take his information's (name, phone number etc.)

Depend of type of the accident safety management will decide if you need to do post-accident drug &amp; alcohol test

Warning devices such as flares or reflective triangles should be positioned properly to warn other drivers of an accident.

- **The first device** should be positioned in the direction of approaching traffic, within 10 feet of the last vehicle involved in the accident, and on the traffic side. No flame-producing signal should ever be attached to any part of a truck or another vehicle!
- **A second device** should be placed about 100 feet behind the accident scene, facing approaching traffic, and in the center of the lane or shoulder where the truck and other vehicles involved in the accident are stopped.
- **The third device** should be placed about 100 feet in front of the accident scene and facing traffic approaching from the other direction.

Fines and Penalties – Failure to report accident to safety department will result in company fine of $2500 and possible termination. For every claim deductible will be 2500$.

I have read and understand the above Unsafe Driving Policy. I also understand that it is my responsibility to comply with the standards and that non-compliance could result in disciplinary action or instant dismissal, and / or legal proceedings.

DocuSigned by:

ACFCF822D2E645A...
(Driver's Signature)

9/1/2023
(Date)

DocuSign Envelope ID: B9A2A62A-074C-4483-814B-D1B47FBZ8664

Ontiveros Cmplt Ex. A 030

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

**Revised**
**April 28 2020**

# VEHICLE MAINTENANCE POLICY

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

Systematic maintenance of equipment is an essential element of our transport operation. Part 396 of the Federal Motor Carrier Safety Regulations (FMCSRs) requires motor carriers to "inspect, repair and maintain all motor vehicles" under their control. Even if there were no federal regulations in place, however, it makes excellent business sense to have an organized maintenance program in operation. It is our policy to keep all company transportation equipment well maintained and in safe and efficient operating condition at all times.

Drivers are responsible for knowing the mechanical condition of their vehicles at all times, and for operating those vehicles correctly and efficiently. The maintenance department is responsible for providing safe and drivable vehicles to our drivers.

For all our vehicles our company maintain the following record for each vehicle:

- An identification of the vehicle including company number (if so marked), make, serial number, year, and tire size. If the motor vehicle is not owned by the motor carrier of passengers, the record must identify the party providing or leasing the vehicle.
- A means to show the nature and due date of the various inspection and maintenance operations to be performed.
- A record of inspection, repairs, and maintenance showing their date and type.
- A record of tests conducted on pushout windows, emergency doors, and emergency door marking lights on buses.

Preventive maintenance (PM) is an attitude and a commitment by our company to get the most out of transport equipment by investing in its maintenance on a regular basis, according to a planned schedule.

Our PM policy reflects a very modern attitude of conservation and of wise asset utilization. Without a doubt, it also saves money for a company that is committed to its principles. The PM philosophy would say "if it's scheduled to be replaced, replace it whether or not it has failed."

In summary, a good preventive maintenance program lowers repair frequency and lowers overall maintenance cost.

The service portion of PM is actually scheduled maintenance. Our company will be given PM according to the following schedule.
➢ PM service every 20,000 miles
➢ Mid service every 10,000 miles in between PM services
➢ Truck and trailers looked over from bumper to bumper every 3rd PM or sooner if possible
➢ All defects that is a safety concern to be reported and fixed as soon as possible

Drivers will receive training on vehicle inspection procedures including how to prepare and submit a driver vehicle inspection report (DVIR). We expect drivers to spot developing problem situations before they get to the "breakdown" point. This on the road expertise of drivers should work together with the in-shop expertise of the maintenance department.

Communication is key between drivers and the maintenance department. Some basic guidelines should help drivers contribute the most information possible to the preventive maintenance program. Drivers are expected to do complete and careful pre-trip and post-trip inspections of their vehicles.

Drivers are expected to treat company vehicles as their own. Observable vehicle abuse will not be tolerated. Discovery of unauthorized modifications or tampering with any company vehicle will be reported to the driver's supervisor. Drivers are expected to report any problems they find accurately and in detail. Problems should be reported promptly.

DocuSign Envelope ID: B9A2A63A-074C-4483-814B-D1B47FBZ8664

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

Our company is not responsible for loss or damage to personal effects left in vehicles prior to maintenance work being performed. On the road, drivers are expected to spot and report potential maintenance problems:

- LISTEN for unusual or abnormal equipment sounds. Thumps, rattles, squeaks, bumps, squeals, and hisses all can signal the beginning of trouble. If things don't sound right, they should be reported to maintenance.
- SMELL for unusual odors that may signal trouble. Burning rubber, insulation, wood, scorched fabric or hot oil or other fluid can all mean problems. Diagnosis can be made early with a good sense of smell.
- FEEL changes in the vehicle's response. Steering, braking, shifting, and other handling operations all have unique "feels" in a particular vehicle. If the vehicle doesn't seem to behave the way it should, it should be reported promptly. Little problems cost much less to fix and cause less downtime.
- OBSERVE the equipment carefully when you make your required routine inspections. Defects in wiring, lights, cables, tires, splash guards, locks, air lines, coupling devices, fifth wheels, tarps and fasteners, landing gear, brakes and various accessories should all be carefully noted and reported to the maintenance department.

❖ **Annual Inspection Policy**

Our company is committed to following an annual commercial vehicle inspection program. Department of Transportation (DOT) regulations require commercial motor vehicles to undergo a thorough inspection at least annually, but in our company, we are doing every 3 months. All equipment items not meeting the minimum standards must be repaired before the vehicle is put back into service. Our annual inspection procedure will help avoid DOT penalties and provide support for a sound inspection and maintenance program.

Only inspectors qualified under Sec. 396.19 of the FMCSR are allowed to perform an annual inspection.

**Vehicle inspection criteria**

Each driver must be satisfied that equipment is in proper working condition prior to operating a vehicle. Drivers must use National Safety Code Standard 13, Schedule 1, Truck, Tractor and Trailer to inspect the vehicles.

The schedule lists minor defects and major defects of the following components:
- Air brake system
- Cab
- Cargo securement
- Coupling devices
- Dangerous goods
- Driver controls
- Driver seat
- Electric brake system (if applicable)
- Emergency equipment and safety devices
- Exhaust system
- Frame and cargo body
- Fuel system
- General vehicle condition
- Glass and mirrors
- Heater/Defroster
- Horn
- Hydraulic brake system (if applicable)
- Lamps and reflectors
- Steering
- Suspension system
- Tires
- Wheels, hubs, and fasteners
- Windshield wiper/washer

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

Each of these major component areas has subsidiary components that are required to be inspected as part of the annual vehicle Inspection.

Any equipment items not meeting minimum standards must be repaired before the vehicle can be put back in service.

Each driver must be satisfied that cargo is properly distributed and secured. The vehicle's cargo or other objects must not obscure the driver's view or interfere with the driver's movement.

**Annual inspection documentation**

The qualified inspector performing the inspection must prepare a report which includes the following information:
- ➢ the inspector's name
- ➢ the name of the motor carrier operating the vehicle
- ➢ the date of the inspection
- ➢ vehicle identification
- ➢ a list of the components inspected and designation of any components not meeting inspection standards
- ➢ certification that the inspection is accurate, complete, and complies with the regulations.

Either an annual inspection sticker must be affixed to the vehicle or the inspection report maintained in the vehicle.

A copy of the annual inspection report must be carried on the vehicle.

The original or a copy of the annual vehicle inspection report driver must send to the company facility.

❖ **Maintenance Record**

Driver must provide copy of receipt for all repairs that he/she done on the truck or trailer. You will want to set up and maintain maintenance records not just because they are required by the regulations, but because they can help you decide if your maintenance program is working. The records can also help you determine where you are having vehicle problems and how much it is really costing you to operate a specific piece of equipment.

Failure to submit maintenance record will result with 300$ company charge per each missing month.

❖ **Roadside Inspection Reports**

Any driver who receives a roadside inspection report must deliver it to his/her employing motor carrier. The motor carrier official must examine the roadside inspection report. Within 15 days after the inspection, the motor carrier must sign the report to certify that all violations have been corrected, and return it to the address indicated.

Failure to report Roadside Inspection to safety department will result with $300 company charge. Failure to submit original paper of Driver/vehicle examination report with proof for truck/trailer repair will result with $300 company charge.

**Disciplinary action**

In a proactive effort to prevent our company FMCSA safety measurement system performance profile from having a negative impact that will prevent our brokering and shipping partners from doing business with us as a team, we have the following penalties in place:
- 1st Offense for an Out-Of-Service Violation may be fined up to $500.
- 1st Offense for a Non-Out-of-Service Violation will be fined $300.
- 2nd Offense for an Out-Of-Service Violation may be fined up to $1000.
- 2nd Offense for a Non-Out-Of-Service Violation will be fined up to $600.
- 3rd Offense for an Out-Of-Service Violation may be $1500 or termination.
- 3rd Offense for a Non-Out of Service Violation will be fined $900.

**Rewards Incentives & Compliance Program**

USDOT Level 1 Inspection with no violations will be paid $500.

USDOT Level 2 Inspection with no violations will be paid $300.

USDOT Level 3 Inspection with no violations will be paid $200.

Our company strictly forbids the operation of an out-of-service vehicle until the required repairs are completed. A driver who violates this policy will be subject to disciplinary action.

DocuSign Envelope ID: B9A2A62A-074C-4483-814B-D1B47FBZ8664

Ontiveros Cmplt Ex. A 034

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

❖ **Driver Vehicle Inspection Reports**

Our company is committed to following a strong daily inspection program. Department of Transportation (DOT) regulations require commercial motor vehicles to be inspected every day they are operated. Our daily inspection procedures will help avoid DOT penalties and provide a sound basis for a good inspection and maintenance program. Daily inspection of vehicles will help prevent small problems from becoming big problems.

**Driver Pre-trip Inspection**
Each driver must be satisfied that equipment is in proper working condition prior to operating a vehicle.
This includes the following equipment:
Service brakes, including trailer brake connections
- ➢ Parking (hand) brake
- ➢ Steering mechanism
- ➢ Lighting devices and reflectors
- ➢ Tires
- ➢ Horn
- ➢ Windshield wipers
- ➢ Rear vision mirrors
- ➢ Wheels and rims
- ➢ Coupling devices
- ➢ Emergency equipment

Each driver must also be satisfied that cargo is properly distributed and secured. The Vehicle's cargo or other objects must not obscure the driver's view or interfere with the Driver's movement.
The driver will also review the last completed Driver's Vehicle Inspection Report (if and when such a report was required) to verify that any needed repairs were made to the vehicle. If an authorized signature certifies that defects were corrected or that correction was unnecessary, the driver shall sign the third signature line of the form. If the defects noted were not acknowledged by an authorized signature, the driver shall not drive the vehicle until the defects are handled appropriately.

**Driver post-trip inspection report**
When a driver is done operating a vehicle for the day (including any trailers), he/she must inspect the vehicle and report any safety-related defects or deficiencies so repairs can be made before the vehicle is driven again.
Drivers of property-carrying vehicles must prepare and submit an inspection report even if there are no defects or deficiencies to report.
The vehicle must be identified on the report. The regulations require that any defects in the following equipment items be noted:
- ➢ Service brakes including trailer brake connections
- ➢ Parking (hand) brake
- ➢ Steering mechanism
- ➢ Lighting devices and reflectors
- ➢ Tires
- ➢ Horn
- ➢ Windshield wipers
- ➢ Rear vision mirrors
- ➢ Coupling devices
- ➢ Wheels and rims
- ➢ Emergency equipment

DocuSign Envelope ID: B9A2A63A-074C-4483-814B-D1B47FB78664

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

Ontiveros Cmplt Ex. A 035

The driver must also note any other defects that would affect the safe operation of the vehicle or result in its mechanical breakdown. The report must also indicate if no defects are found. The driver must sign the report.

- ➢ No defects: When no safety-related problems are reported by the driver, the driver submits the inspection report to the safety department.
- ➢ Defects: When a driver reports safety related problems, he/she submits all copies to the safety department. The certified shop will sign the report indicating that repairs have been made (or are not required to be made). The vehicle inspection report must be signed by the next driver to operate the vehicle.

DocuSigned by:

ACFCF822D2E645A...

(Driver Signature)

9/1/2023

(Date)

DocuSign Envelope ID: B9A2A62A-074C-4483-814B-D1B47FBZ8664

Ontiveros Cmplt Ex. A 036

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

**Revised**
**April 28 2020**

# HOURS OF SERVICE

# POLICY

DocuSign Envelope ID: B9A2A62A-074C-4483-814B-D1B47FBZ8664
DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

Ontiveros Cmplt Ex. A 037

The Federal Motor Carrier Safety Administration (FMCSA), a stand-alone Department of Transportation (DOT) agency, has developed a detailed set of rules designed to keep roads safe by ensuring drivers limit the long hours they spend behind the wheel. These Hours-of-Service regulations apply to all DOT regulated commercial motor vehicle operators in the US.

It's important to note that the ELD compliance mandate is an extension of the Hours-of-Service rules, attempting to create an easier system for tracking and manage records of duty status (RODS). As of December 2017, all vehicles subject to the ELD mandate must record Hours of Service electronically to maintain DOT compliance.

❖ **What Are the HOS Regulations For?**

The point of the Hours of Service (HOS) regulations is to keep tired drivers off the road.

These rules cap the number of hours a driver can be on the road in any given duty cycle so that—in theory—tired drivers are given enough time to rest, eat, sleep, and otherwise be refreshed before they get back on the road.

❖ **ELDs**

Electronic Logging Devices (ELDs) are digital log-recording devices that automatically capture your D (Drive) statuses and do a whole bunch of other things (like allow you to electronically transfer your logs during an inspection) to comply with the Federal Motor Carrier Safety Administration's (FMCSA) 12/18/17 ELD mandate.

❖ **Hours of Service Regulations**

For property-driving commercial motor vehicles (CMVs), here are some of the most important Hours-of-Service (HOS) rules to remember, as outlined by the FMSCA:

**14-Hour Shift Limit:** CDL (Commercial Driver's License) drivers may not drive beyond the 14th consecutive hour after coming on duty, but can resume driving after 10 consecutive, off-duty hours. Once you start your workday (ON or D status), your clock officially begins counting down and cannot be stopped. Beyond that 14- hour window, you can still work (ON-duty time) but you can't legally drive again until you take a 10-hour break.

**11-Hour Driving Limit:** Drivers may drive a maximum of 11 hours within the 14-hour window, after 10 consecutive, off-duty hours. Within your 14-hour workday, you can drive for up to 11 hours. (The extra 3 hours are for breaks, meals, showers, etc.)

**30-Minute Breaks:** Drivers may not drive if 8 hours have passed since the last off- duty period of at least 30 consecutive minutes. Operators can perform non-driving tasks after 8 hours without a break, but cannot drive. Depending on your ruleset, you may be required to take a 30-minute break for every 8 hours of ON-duty time. The best way to handle this is to schedule your break 6 – 8 hours into your shift. This optimizes your time so that you only have to take one 30-minute break in your day. If you take your break early, you may have to take two breaks

**60/70-Hour Limit:** Drivers may not drive after 60/70 hours on duty in 7/8 consecutive days. Operators can restart a 7/8 consecutive day period after taking 34 or more consecutive, off-duty hours. Once every 7/8 days you can perform a 34-hour restart. This just Means that you are OFF duty for a full 34 hours. Once you have spent this time OFF, you will gain your full 60/70 hours back to start a new 60/70-hour duty cycle.

DocuSign Envelope ID: B9A2A62A-074C-4483-814B-D1B47FBZ8664

Ontiveros Cmplt Ex. A 038

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

❖ **Duty Statuses**

You've got four different duty statuses, logged on one of four lines:

- D (Drive)
- ON
- OFF
- SB (Sleeper Berth)

**D (Drive)**
This status is for when you are behind the wheel driving faster than 5 MPH (which is pretty much any time you're driving).

**ON**
This is any time you are working but not behind the wheel going over 5 MPH. So, this can be if you're:

- Pre-Trip Inspection
- Filing paperwork
- Loading or unloading
- Supervising loading or unloading
- Responsible for a load in general
- Fueling
- Roadside inspection

**OFF**
This is any time you spend that you do not meet the requirements for any of the other statuses (that is, whenever you're not ON, Driving, or in the Sleeper Berth).

**SB (Sleeper Berth)**
This is any time that you are in the sleeper berth.

❖ **Exemptions**

With ELDs we got some new exemption statuses.

Whereas you may have been able to record your personal driving on the OFF line on paper logs, or considered yourself ON or OFF while in a yard, there's now the added data with ELDs to show whenever you've been driving, and you have to account for this time.

**Exemption Statuses**
One of the main things to remember when applying an exemption on an ELD is that you cannot apply one after the fact.

**Yard Move (YM)**
Yard Move (YM) can be applied any time you're driving off of public roads. This exemption will keep you ON duty while you are driving over 5 MPH so you aren't losing any of your Drive time while driving around on a company's lot.

**Personal Conveyance (PC)/Personal Use**
Personal Conveyance (PC) can be applied any time you're driving for personal reasons and not advancing the load you're hauling. This would be for driving to and from dinner after you've checked into a hotel, finding the nearest safe place to park for a break after your delivery, etc.

It's important to remember these rules, as well as figure out a way to track them.

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

Case: 1:25-cv-11069 Document #: 1-1 Filed: 09/12/25 Page 39 of 46 PageID #:70
Ontiveros Cmplt Ex. A 039

❖ **Disciplinary Action**

You must comply with the hours-of-service rules, comply with the maximum drive times and keep your ELD records accurate.
Do NOT unplugging the ELD and continue to drive.
A violation of the hours-of-service rules or a false ELD will result in the following discipline actions:

- First offence: Verbal warning &amp; 300$ company charge
- Second offence: A written warning &amp; 600$ company charge
- Third offence: 2-day suspension &amp; 900$ company charge
- Fourth offence: Termination.

If you are placed out of service for an hours-of-service violation during a DOT roadside inspection, that will result in the following discipline actions:

- First offence: Verbal warning &amp; 500$ company charge
- Second offence: A written warning &amp; 1000$ company charge
- Third offence: Termination &amp; 1500$ company charge

DocuSigned by:

_____
ACFCF822D2E645A...
*(Driver's Signature)*

_____
9/1/2023
(Date)

ONTIVEROS Cmplt Ex. A 039

DocuSign Envelope ID: B9A2A62A-074C-4483-814B-D1B47FB78664

Ontiveros Cmplt Ex. A 040

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

**Revised**
**April 28 2020**

# DRUG & ALCOHOL

# POLICY

ONTIVEROS Cmplt Ex. A 040

DocuSign Envelope ID: B9A2A62A-074C-4483-814B-D1B47FBZ8664

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

Our Company is dedicated to the health and safety of our drivers. Drug and/or alcohol use may pose a serious threat to driver health and safety. Therefore, it is the company policy to prevent the use of drugs and abuse of alcohol from having an adverse effect on our drivers.

The serious impact of drug use and alcohol abuse has been recognized by the federal government. The Federal Motor Carrier Safety Administration (FMCSA) has issued regulations which require the company to implement an alcohol and controlled substances testing program.

The purpose of the FMCSA-issued regulations is to establish programs designed to help prevent accidents and injuries resulting from the misuse of alcohol or use of controlled substances by drivers of commercial motor vehicles.

The company will comply with these regulations and is committed to maintaining a drug-free workplace.

It is our company policy of that the use, sale, purchase, transfer, possession, or presence in one's system of any controlled substance (except medically prescribed drugs) by any driver while on the company premises, engaged in company business, operating company equipment, or while under the authority of our company is strictly prohibited. Disciplinary action will be taken as necessary.

Neither this policy nor any of its terms are intended to create a contract of employment or contain the terms of any contract of Employment. The company retains the sole right to change, amend, or modify any term or provision of this policy without notice.

❖ **Responsibility**

In accordance with 49 CFR §382.601(a), each employer shall provide educational materials that explain the requirements in Part 382 and the employer's policies and procedures with respect to meeting these requirements.

Each driver hired or transferring into a safety-sensitive function is responsible for reviewing the content of the information presented to drivers. Each driver is responsible for asking questions about the procedures if the content is unclear to him/her. Drivers may pose follow-up questions about the content of this policy and procedures to.

❖ **Regulatory Requirements**

All drivers who operate commercial motor vehicles that require a commercial driver's license under 49 CFR Part 383 are subject to the FMCSA's drug and alcohol regulations, 49 CFR Part 382.

❖ **Who is Responsible?**

It is the company's responsibility to provide testing for the driver that is in compliance with all federal and state laws and regulations, and within the provisions of this policy.

The driver is responsible for complying with the requirements set forth in this policy. The driver will not use, have possession of, abuse, or have the presence of alcohol or any controlled substance in excess of regulation-established threshold levels while on duty. The driver will not use alcohol within performing a "safety-sensitive" function, while performing a "safety sensitive" function, or immediately after performing a "safety-sensitive" function. The driver must submit to alcohol and controlled substances tests administered under Part 382.

All supervisors must make every effort to be aware of a driver's condition at all times the driver is in service of the company. The supervisor must be able to make reasonable suspicion observations to determine if the driver is impaired in some way, and be prepared to implement the requirements of this policy if necessary.

DocuSign Envelope ID: B9A2A63A-074C-4483-814B-D1B47FBZ8664

DEMONSTRATION DOCUMENT ONLY

PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE

999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200

www.docusign.com

❖ **Definitions**

**Alcohol** means the intoxicating agent in beverage alcohol, ethyl alcohol, or other low molecular weight alcohols including methyl and isopropyl alcohol.

**Alcohol** use means the consumption of any beverage, liquid mixture, or preparation, including any medication, containing alcohol.

**Drug** means any substance (other than alcohol) that is a controlled substance as defined in this policy and 49 CFR Part 40.

**Negative result** means the result reported by an HHS-certified laboratory to an MRO when a specimen contains no drug or the concentration of the drug is less than the cutoff concentration for the drug or drug class and the specimen is a valid specimen.

**Positive result** means the result reported by an HHS-certified laboratory when a specimen contains a drug or drug metabolite equal to or greater than the cutoff concentrations.

**Dilute specimen** means a urine specimen with creatinine and specific gravity values that are lower than expected for human urine.

Refuse to submit (to an alcohol or controlled substances test) means that a driver:

1. Fails to appear for any test (except pre-employment) within a reasonable time, as determined by the company, consistent with applicable DOT regulations, after being directed to do so by the company. This includes the failure of a driver (including an owner-operator) to appear for a test when called by a C/TPA;
2. Fails to remain at the testing site until the testing is complete (except pre-employment if the driver leaves before the testing process begins);
3. Fails to provide a urine specimen for any DOT required drug test (except pre-employment if the driver leaves before the testing process begins);
4. In the case of a directly observed or monitored collection in a drug test, fails to permit the observation or monitoring of the driver's provision of the specimen;
5. Fails to provide a sufficient amount of urine when directed, and it has been determined, through a required medical evaluation, that there was no adequate medical explanation for the failure;
6. Fails or declines to take a second test the employer or collector has directed the driver to take;
7. Fails to undergo a medical examination or evaluation, as directed by the MRO as part of the verification process, or as directed by the DER (In the case of a pre-employment drug test, the employee is deemed to have refused to test on this basis only if the pre-employment test is conducted following a contingent offer of employment);
8. Fails to cooperate with any part of the testing process (e.g., refuse to empty pockets when directed by the collector, behave in a confrontational way that disrupts the collection process, fail to wash hands after being directed to do so by the collector).
9. For an observed collection, fails to follow the observer's instructions to raise his/her clothing above the waist, lower clothing and underpants, and to turn around to permit the observer to determine if he/she has any type of prosthetic or other device that could be used to interfere with the collection process.
10. Possesses or wears a prosthetic or other device that could be used to interfere with the collection process.
11. Admits to the collector or MRO that he/she adulterated or substituted the specimen.
12. Is reported by the MRO as having a verified adulterated or substituted test result.

❖ **Conditions for Employment**

A driver applicant who has **refused** a drug or alcohol test, failed a random, reasonable suspicion, post-accident, return-to-duty, follow-up alcohol test, or tested positive for controlled substances will **not** be considered for employment in our company.

A driver applicant who has **tested positive** for drugs during a DOT pre-employment test will not be considered for employment.

DocuSign Envelope ID: B9A2A62A-074C-4483-814B-D1B47FBZ8664
DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

❖ **Circumstances for Testing**

**Pre-employment §382.301**

In accordance with §382.301, all driver applicants will be required to submit to and pass a urine drug test as a condition of employment.

Each driver applicant will be asked whether he/she has tested positive, or refused to test, on any DOT pre-employment drug test administered by an employer to which the driver applicant applied for, but did not obtain, safety-sensitive transportation work during the past 3 years.

If the driver applicant admits that he/she has tested positive, or refused to test, on any DOT pre-employment test, the driver applicant will not be considered for employment.

Job applicants, who are denied employment because of a positive test under another motor carrier or under our company's DOT pre-employment testing, may not reapply for employment.

Driver applicant drug testing shall follow the collection, chain-of-custody, and reporting procedures set forth in 49 CFR Part 40.

If the employee transferring into a safety-sensitive function does not pass his/her DOT pre-employment drug screen, he/she will not be considered for employment.

Our company must contact the previous employer's testing program prior to using the driver and obtain the following information:

✓ The name and address of the program (usually the driver's prior and/or current employer);
✓ Verification that the driver participates or participated in the program;
✓ Verification that the program conforms with the required procedures set forth in 49 CFR Part 40;
✓ Verification that the driver is qualified under this rule, including that the driver has not refused to submit to an alcohol or drug test;
✓ The date the driver was last tested for alcohol or drugs; and
✓ The results of any drug or alcohol test administered in the previous 6 months, and any violations of the alcohol misuse or drug use Rules.

Reasonable Suspicion Testing (Sec. 382.307)
If the driver's supervisor or another company official designated to supervise drivers believes a driver is under the influence of alcohol or drugs, the driver will be required to undergo a drug and/or alcohol test.

The basis for this decision will be specific, contemporaneous, articulable observations concerning the appearance, behavior, speech, or body odors of the driver.
The driver's supervisor or another company official will immediately remove the driver from any and all safety-sensitive functions and take the driver or make arrangements for the driver to be taken to a testing facility.

The person who makes the determination that reasonable suspicion exists to conduct an alcohol test may not administer the alcohol test. Per FMCSA regulation, reasonable suspicion alcohol testing is only authorized if the observations are made during, just preceding, or after the driver is performing a safety-sensitive function.

Per FMCSA regulation, if the driver tests 0.02 or greater, but less than 0.04, for alcohol the driver will be removed from all safety-sensitive functions, including driving a commercial motor vehicle, until the start of the driver's next regularly scheduled duty period, but not less than 24 hours following administration of the test.

If an alcohol test is not administered within two hours following a reasonable suspicion determination, the program administrator will prepare and maintain a record stating the reasons why the test was not administered within 2 hours.

If the test was not administered within 8 hours after a reasonable suspicion determination, all attempts to administer the test shall cease. A record of why the test was not administered must be prepared and maintained.

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

Ontiveros Cmplt Ex. A 044

A written record of the observations leading to an alcohol or controlled substance reasonable suspicion test, signed by the supervisor or company official who made the observation, will be completed within 24 hours of the observed behavior or before the results of the alcohol or controlled substances test are released, whichever is first.

A driver awaiting the results of a reasonable suspicion drug test will be out of service.

**Post-Accident Testing (Sec. 382.303)**

Drivers are to notify their supervisor as soon as possible if they are involved in an accident.

According to FMCSA regulations (Sec. 382.303), if the accident involved the following, the driver will be tested for drugs and alcohol as soon as possible following the accident:

- ✓ A fatality,
- ✓ Bodily injury with immediate medical treatment away from the scene and the driver received a citation, or
- ✓ Disabling damage to any motor vehicle requiring tow away and the driver received a citation

The driver must remain readily available for testing. If the driver isn't readily available for alcohol and drug testing, he/she may be deemed as refusing to submit to testing. A driver involved in an accident must to do post-accident drug test maximum 8h from the time when accident is happened.

If the alcohol test is not administered within 8 hours following the accident, all attempts to administer the test will cease. A report and record of why the test was not administered will be prepared and maintained.

The drug test must be administered within 32 hours of the accident. If the test could not be administered within 32 hours, all attempts to test the driver will cease.

The driver's supervisor will prepare and maintain a record stating the reasons why the test was not administered within the allotted time frame.

**Random Testing (Sec. 382.305)**

Our company will conduct random testing for all drivers as follows.

Every driver shall submit to random testing as directed by the Company pursuant to DOT regulations. All such tests will be unannounced and performed at reasonable intervals throughout the workday, workweek and year. Whenever a driver is randomly selected to be tested, he/she will be notified of their selection and instructed to immediately report to the collection site. A driver who tests positive or refuses to submit to a test is medically unqualified to drive and/or perform any other safety-sensitive function.

Each driver selected for random testing shall be tested during the selection period. If a driver selected for random testing is on vacation, temporary layoff, medical leave or otherwise not at work, the driver must be referred for a random test upon his/her return to work. The Company will not skip or select an alternate in the event a selected driver is unavailable for testing on any particular day during the random selection period. If a driver selected for random testing does not return to work before the beginning of a new random selection period (i.e., the next random draw), the Company will ensure that a sufficient number of drivers are subsequently selected so the annual testing rate is 6 not less than the minimum annual percentage rates established by the FMCSA for random drug and alcohol testing.

The Driver, once notified of his/her selection must proceed immediately to the collection site.

**Return-to-Duty Testing (Sec. 382.309)**

After failing an alcohol test, a driver must undergo a return-to-duty test prior to performing a safety-sensitive function. The test result must indicate a breath alcohol concentration of less than 0.02.

After testing positive for a controlled substance, a driver must undergo a return-to-duty test under direct observation prior to performing a safety-sensitive function. The test must indicate a verified negative result for drug use.

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

**Follow-Up Testing (Sec. 382.311)**

Following the driver's violation of Part 382, Subpart B, the driver will be subject to follow-up testing. Follow-up testing will be unannounced. The number and frequency of such follow-up testing will be directed by the SAP, and consist of at least six tests in the first 12 months. Follow-up testing may be done for up to 60 months. Follow-up drug tests must be conducted under direct observation.

**Refusal to Submit**

According to Sec. 382.211, a driver may not refuse to submit to a post-accident, random, reasonable suspicion, or follow-up alcohol or controlled substances test required by the regulations. A driver who refuses to submit to such tests may not perform or continue to perform safety-sensitive functions and must be evaluated by a substance abuse professional as if the driver tested positive for drugs or failed an alcohol test.

Refusal to submit includes failing to provide adequate breath or urine sample for alcohol or drug testing and any conduct that obstructs the testing process. This includes adulteration or substitution of a urine sample.

Any driver that in any way shape or form refuses a test will be documented and discharged from their duties.

❖ **Driver Assistance**

**Driver Education and Training (Sec. 382.601)**

All drivers will be given information regarding the requirements of Part 382 and this policy by their supervisor.

**Supervisor Training**

According to FMCSA regulation, all employees of our company designated to supervise drivers will receive training on his program. The training will include at least 60 minutes on alcohol misuse and 60 minutes on drug use. The training content will include the physical, behavioral, speech, and performance indicators of probable alcohol misuse and drug use. The training allows supervisors to determine reasonable suspicion that a driver is under the influence of alcohol or drugs

❖ **Discipline**

According to FMCSA regulation, no person who has failed an alcohol or drug test, or refused to test, will be allowed to perform safety-sensitive functions until the referral, evaluation, and treatment requirements have been complied with. The following company disciplinary measures apply to all reasonable suspicion, post-accident, and random tests.

By signing below, I hereby acknowledge that I have completely read and fully understand the company Drug & Alcohol policy.

DocuSigned by:

_____
AC5CF822D2E645A...
(Driver's Signature)

_____
9/1/2023
(Date)

DocuSign Envelope ID: B9A2A63A-074C-4483-814B-D1B47FBZ8664

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

Ontiveros Cmplt Ex. A 046

Rocket Expediting LLC

# GENERAL CONSENT FOR LIMITED QUERIES OF THE FMCSA DRUG AND ALCOHOL CLEARINGHOUSE

Employee Name  JAYME ONTIVEROS

Driver's License Number ███████████                State  IL        Country  US

I, JAYME ONTIVEROS                    , hereby provide consent to Rocket Expediting LLC
_____ to conduct a limited query of the FMCSA Commercial Driver's License Drug and Alcohol Clearinghouse (Clearinghouse) to determine whether drug or alcohol violation information about me exists in the Clearinghouse.

My consent is for unlimited number of limited queries for my employment application processing and the duration of my employment with Rocket Expediting LLC

I understand that if the limited query conducted by Rocket Expediting LLC           indicates that drug or alcohol violation information about me exists in the Clearinghouse, FMCSA will not disclose that information to Rocket Expediting LLC           without first obtaining additional specific consent from me.

I further understand that if I refuse to provide consent for Rocket Expediting LLC           to conduct a limited query of the Clearinghouse, Rocket Expediting LLC           must prohibit me from performing safety-sensitive functions, including driving a commercial motor vehicle, as required by FMCSA's drug and alcohol program regulations.

Employee Signature  _____

DocuSigned by:
ACFCF822D2E645A...

Date of  _____ 9/1/2023

Employer Name  Rocket Expediting LLC

Employer Address  2939 KENNY RD, SUITE 220,Columbus OH 43220

*STORE IN MED-STOP EMPLOYEE DOCUMENTS - DO NOT FAX TO MED-STOP*

Instructions: Section 382.703(a) of the Title 49 CFR, states "No employer may query the Clearinghouse to determine whether a record exists for any particular driver without first obtaining that driver's written or electronic consent." The type of consent required depends on the type of query. For a limited query, a general consent is required. This will be obtained outside the Clearinghouse. Employers may obtain a multi-year general consent from the driver for limited queries. For a full query, the driver must provide specific consent to the employer prior to each full query. This consent must be provided electronically within the Clearinghouse.