

PLAINTIFF'S EXHIBIT
C

**Subject:** WELCOME TO OUR WORKING FAMILY!
**From:** Nathan Long <nathan@floydlogistics.com>
**Date:** 9/2/2023, 11:24 AM
**To:** ontiverosjayme@gmail.com

*Dear* Jayme

*Tomorrow is your first day. Yay! Congrats!*

*We are excited to welcome you to the team! You will be a great asset to OUR WORKING FAMILY, and we want to make sure that you get settled in as smoothly as possible. Should you have any questions or concerns, please do not hesitate to contact me anytime.*

> *Please arrive 15 minutes before 9:00 am at our facility located at 677 N. Larch Ave., Elmhurst, IL 60126, and have your current valid CDL and Medical Examiner's Certificate Form (Long form) with you.*
> *Once you arrive, please ask someone at the front desk to bring you to the Yard Manager's office area.*
> *Please feel free to reach out to them during your training.*

*This is how your training will look like and it will take approximately 2-3 days to finish, depending on how quickly your drug test results come back:*

> *DAY 1- Onboarding Yard- Safety Day*
>
> *Onboarding Yard - You pick the truck of your dreams :) our experienced Yard managers are there to help you make the right decision.*
> *Onboarding Safety Process - The safety officer assigned to you will work with you on your application and other agreements. They will also schedule your drug//alcohol test! We will provide you with transportation from our office to the drug and alcohol testing facility free of charge.*
>
> *DAY 2- Orientation Day:*
> *Safety, Accounting, and Eld Orientation with Jenny,*
> *Driver Education with our Director of Driver Relations Alfredo!*
>
> *DAY 3- When your drug test result comes back and it is negative, you will be contacted by your assigned dispatch team, and they will assist you with finding your first load!*

*What if I do not find a truck that I like? Do not worry. We got you covered! If you do not find a truck on our Elmhurst Yard, we may have a truck elsewhere for you to pick up.*

*Steps:*
> *Your yard manager will find you a truck that you like and give you the location.*
> *The safety officer will prepare everything for you (a binder book, permits, eld, etc.) - assuming drug and alcohol tests are negative.*
> *You will go through the orientation process with Jenny and Alfredo or others.*
> *You will receive the contact info of your Fleet Manager.*
> *You will receive the truck's keys.*
> *We will book a flight for you and provide you with the truck's location.*
> *Once you arrive at your truck's location, you MUST TAKE photos of the inside and outside of the truck and trailer and send them to your fleet and safety managers! Any property inside of the truck MUST be kept for no less than 7 days and shipped back to the address provided to you by your Fleet or Safety managers. Any and all damage to the truck and trailer MUST be noted at this time to your Fleet and Yard Manager in writing. THIS STEP IS MANDATORY.*
> *We will assist you with finding a load. Once you have successfully picked up and delivered your first load on time, you will be eligible for compensation for your trip to the truck's location, which shall be paid on your first invoice!*

*We are looking forward to working with you!*



**MC-977366**



**Nathan Long**

Recruiting

**Direct Phone: 3312051097**
**Office Phone:** (630) 233-9652 **| Ext: 1004**
**Address:** 729 N Route 83 Suite 324
Bensenville, IL 60106

**After Hours - Floyd Inc**
**Working hours 04pm - 12am**
**Phone:** (630) 233-9652 | **Ext:** 1600



Here you can rate your service

ONTIVEROS Cmplt Ex. C 002

9/12/2025, 6:47 PM